UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
Attorneys for Debtor
By: Bruce H. Levitt (BL9302)

Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GHULAM RASOOL,

    Debtor.

Case No.: 19-12745 (VFP)

Chapter: 13

Judge: Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF

RE/MAX Select

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain ___RE/MAX Select___
as ___Real Estate Agent___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  28 Route 46 West
   Pine Brook, New Jersey

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*