UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
Attorneys for Debtor
By: Bruce H. Levitt (BL9302)

**Order Filed on May 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    GHULAM RASOOL,

        Debtor.

| | |
|---|---|
| Case No.: | 19-12745 (VFP) |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

## ORDER AUTHORIZING RETENTION OF

RE/MAX Select

The relief set forth on the following page is **ORDERED**.

**DATED: May 14, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____RE/MAX Select_____

as _____Real Estate Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  28 Route 46 West
   Pine Brook, New Jersey

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ghulam Rasool  
     Debtor

Case No. 19-12745-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 14, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db         +Ghulam Rasool,    62 Chesapeake Avenue,    Lake Hiawatha, NJ 07034-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
        Bruce H Levitt    on behalf of Debtor Ghulam  Rasool blevitt@levittslafkes.com,
         sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4