UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Gulam Rasool, debtor
Nasreem A. Rasool, co-debtor

Case No.:    19-12745 VFP

Chapter:    13

Hearing Date:    7/18/19

Judge:    Vincent F. Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay filed on June 21, 2019, docket number 27

_____

Date: 7/22/19

/s/ Denise Carlon
Signature

*rev.8/1/15*