Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 19−12745−VFP
                  Chapter: 13
                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ghulam Rasool
   62 Chesapeake Avenue
   Lake Hiawatha, NJ 07034

Social Security No.:
   xxx−xx−2893

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 23, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 31
Order Granting Application to Employ Benard Schulte, Esq. as Special Real Estate Counsel (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/23/2019. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 23, 2019
JAN: jf

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12745-VFP
Ghulam Rasool                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1            Date Rcvd: Sep 23, 2019
                          Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
aty            Bernard J Schulte,    79 Old Cherry Hill Road,    Parsipanny, NJ   07054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Ghulam  Rasool blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5