UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Ghulam Rasool

| | |
|---|---|
| Case No.: | 13 |
| Chapter: | 13 |
| Hearing Date: | 10/3/19 |
| Judge: | Vincent F. Papalia |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay: re 62 Chesapeake Avenue, Lake Hiawatha, NJ 07034, filed on August 30, 2019; docket number 30

Date: 10/2/19

/s/ Denise Carlon
Signature

*rev.8/1/15*