UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVITT & SLAFKES, P.C.
515 Valley Street - Suite 140
Maplewood, New Jersey 07040
Ph: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GHULAM RASOOL,
                Debtor,

Case No.:  19-12745

Chapter:  13

Judge:  VFP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____the Debtor_____ for the reduction of time for a hearing on  Motion to Approve Sale of Real Property _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 17, 2019_____ at __10:00am__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
All secured creditors and their counsel, if known; counsel for prospective purchaser

by ☒ each, ☐ any of the following methods selected by the Court:
(if available)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
all other creditors and their counsel, if known; The Chapter 13 Standing Trustee and any other party having filed a Notice of Appearance in the case

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

&boxtimes; must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.  &boxtimes; Court appearances are required to prosecute the motion/application and any objections.

&boxtimes; Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*