B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey _____

In re  Ghulam Rasool _____     Case No.  19-12745 _____

_____

_____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.  2-1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on  10/16/2019   (date).

Name of Alleged Transferor

Nationstar Mortgage LLC d/b/a Mr. Cooper

Name of Transferee

US Bank Trust National Association, as Trustee of the Igloo Series IV Trust

Address of Alleged Transferor:

P.O. Box 619096
Dallas, TX 75261-9741

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                       **CLERK OF THE COURT**

Document    Page 2 of 5

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of  New Jersey

In re  Ghulam Rasool  ,    Case No.  19-12745

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

US Bank Trust National Association, as Trustee of the Igloo Series IV Trust

Name of Transferee

Nationstar Mortgage LLC d/b/a Mr. Cooper

Name of Transferor

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: (800) 603-0836
Last Four Digits of Acct #: 7092

Court Claim # (if known): 2-1
Amount of Claim: $186,787.37
Date Claim Filed: 04/22/2019

Phone: (877) 343-5602
Last Four Digits of Acct. #: 1802

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Schwalb     Date: October 16, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

October 3, 2019

GHULAM RASOOL
62 CHESAPEAKE AVE
LAKE HIAWATHA NJ  07034

RE:  **Loan Number:** ███████
Collateral: 62 CHESAPEAKE AVENUE; LAKE HIAWATHA, NJ

### NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **September 24, 2019**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan.  Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  Name: **SN Servicing Corporation**
  Address: **323 Fifth Street, Eureka CA  95501**
  Telephone Number: **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
  Website Address: www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

  Name: **US Bank Trust National Association as Trustee of the Igloo Series IV Trust**
  Address: **7114 E Stetson Dr Ste 250; Scottsdale, AZ 85251**
  Telephone Number: **(800) 603-0836**

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan.  Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation as Servicer for US Bank Trust National Association, as Trustee of the Igloo Series IV Trust

In Re:

Ghulam Rasool

Case No.: 19-12745
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, ____Theodore Weber____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ____Jonathan Schwalb, Esq.____, who represents ____SN Servicing Corporation____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____October 16, 2019____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ____October 16, 2019____    /s/ Theodore Weber
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ghulam Rasool<br>62 Chesapeake Avenue<br>Lake Hiawatha, NJ 07034 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce H Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bernard J Schulte<br>79 Old Cherry Hill Road<br>Parsipanny, NJ 07054 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |