UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07079
Tel:(973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on October 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GHULAM RASOOL,

Debtor.

Case No.: 19-12745

Hearing Date: _____

Chapter: 13

Judge: VFP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 18, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____62 Chesapeak Avenue, Lake Hiawatha_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | RE/MAX SELECT | RICHARD SCHULTE | LEVITT & SLAFKES |
| --- | --- | --- | --- |
| Amount to be paid: | $12,500.00 | $1,375.00 | $1,000.00 |
| Services rendered: | Realtor | Real Estate Counsel | Debtor's Counsel |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __23,675.00__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
The aforesaid motion is conditionally approved so long as SN
Servicing Corporation as Servicer for US Bank Trust National
Association, as Trustee for the Igloo Series IV trust, is paid
in full out of the proceeds of the sale, pursuant to a valid
payoff, requested by the Debtor and to be provided by the
Secured Creditor prior to the closing.
```

*rev.8/1/15*