UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07079
Tel:(973) 313-1200
Email: blevitt@lsbankruptcylaw.com
ATTORNEYS FOR DEBTOR
BY: Bruce H. Levitt, Esq. (BL9302)

Order Filed on October 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GHULAM RASOOL,

Debtor.

Case No.: 19-12745

Hearing Date: _____

Chapter: 13

Judge: VFP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 18, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 62 Chesapeak Avenue, Lake Hiawatha _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | RE/MAX SELECT | RICHARD SCHULTE | LEVITT & SLAFKES |
|---|---|---|---|
| Amount to be paid: | $12,500.00 | $1,375.00 | $1,000.00 |
| Services rendered: | Realtor | Real Estate Counsel | Debtor's Counsel |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __23,675.00__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

```
The aforesaid motion is conditionally approved so long as SN
Servicing Corporation as Servicer for US Bank Trust National
Association, as Trustee for the Igloo Series IV trust, is paid
in full out of the proceeds of the sale, pursuant to a valid
payoff, requested by the Debtor and to be provided by the
Secured Creditor prior to the closing.
```

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-12745-VFP
Ghulam Rasool                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 18, 2019
                      Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
db          +Ghulam Rasool,    62 Chesapeake Avenue,    Lake Hiawatha, NJ 07034-2218
aty          Bernard J Schulte,    79 Old Cherry Hill Road,    Parsipanny, NJ   07054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:
      Bruce H Levitt    on behalf of Debtor Ghulam  Rasool blevitt@levittslafkes.com,
       sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
       bankruptcy@friedmanvartolo.com
      Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 6