Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−12745−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ghulam Rasool
    62 Chesapeake Avenue
    Lake Hiawatha, NJ 07034

Social Security No.:
    xxx−xx−2893

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 26, 2020
JAN: mcp

                                                            Jeanne Naughton
                                                            Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                    Case No. 19-12745-VFP
Ghulam Rasool                                                             Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2       Date Rcvd: Mar 26, 2020
                             Form ID: 148               Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             #+Ghulam Rasool,    62 Chesapeake Avenue,    Lake Hiawatha, NJ 07034-2218
aty             Bernard J Schulte,    79 Old Cherry Hill Road,    Parsipanny, NJ 07054
r              +RE/MAX Select,    28 Route 46 West,    Pine Brook, NJ 07058-9685
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
518019658      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518019659      +Mr. Cooper,    350 Highland,    Houston, TX 77009-6623
518196212     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2020 00:29:25    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2020 00:29:24    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518019656      +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2020 00:29:29    Dept of Ed / 582 / Nelnet,
                 Attn: Claims,   Po Box 82505,    Lincoln, NE 68501-2505
518019657      +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2020 00:29:29    Dept of Ed / 582 / Nelnet,
                 3015 Parker Rd,    Aurora, CO 80014-2904
518064862      +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2020 00:29:29
                 U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
518516192      +E-mail/Text: bknotices@snsc.com Mar 27 2020 00:30:02     US Bank Trust National Association,
                 Trustee of the Igloo Series IV Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501-0305
518516193      +E-mail/Text: bknotices@snsc.com Mar 27 2020 00:30:02     US Bank Trust National Association,
                 Trustee of the Igloo Series IV Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501,   US Bank Trust National Association 95501-0305
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor   Ghulam Rasool blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
```

```
District/off: 0312-2           User: admin             Page 2 of 2              Date Rcvd: Mar 26, 2020
                               Form ID: 148            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                      TOTAL: 6